IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAUL ROMERO-LUNA,

    Petitioner,               No.  CIV S-12-0635 GGH P

   vs.

MIKE McDONALD, Warden,

    Respondent.           ORDER

_____/

       Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

       The application attacks a conviction issued by the Los Angeles County Superior Court.  While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County.  <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

/////

/////

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2  matter is transferred to the United States District Court for the Central District of California.
3  DATED: April 10, 2012

   /s/ Gregory G. Hollows
   UNITED STATES MAGISTRATE JUDGE

GGH:rb
rome0635.108